UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>               Plaintiff,<br><br>v.<br><br>SINGH'S PROPERTIES, LLC,<br><br>               Defendants. | Case No. 1:21-cv-00092-NONE-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 12) |

On May 24, 2021, Plaintiff filed a notice voluntarily dismissing this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 12.) Therefore, this action has been terminated. Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to terminate all pending motions and deadlines, assign a district judge to this case for the purposes of closing the case, and then to close the case.

IT IS SO ORDERED.

    Dated: __**May 25, 2021**__                           /s/ Erica P. Grosjean
                                                                 UNITED STATES MAGISTRATE JUDGE